IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Deutsche Bank Trust Company Americas *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:11cv601 (CMH/TRJ) |
| Richard M. Ader *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

O R D E R

Upon consideration of the record, it is ORDERED that no defendant is required to plead or move in response to the complaint until twenty-one (21) days after Judge Hilton files the order ruling on plaintiff's motion to stay (no. 23). This order resolves the motions docketed as numbers 26, 28, 29, 49, 52, and 53.

ENTERED this 8th day of July, 2011.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia