AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Deutsche Bank Trust Company Americas, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.   1:11cv601 |
| Richard M. Ader, Arthur S. Casey SB Advisor, et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arthur S. Casey SB Advisor, Casey and Associates, LLP, A & P Associates, and Arthur Shawn Casey.

Date:   07/12/2011

*Attorney's signature*

Michael B. Ware, Esq., 25401
*Printed name and bar number*

Jones, Blechman, Woltz & Kelly, P.C.
701 Town Center Drive, Suite 800
Newport News, VA  23606

*Address*

mware@jbwk.com
*E-mail address*

(757) 873-8076
*Telephone number*

(757) 873-8053
*FAX number*