IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY :
AMERICAS, in its capacity as successor :
indenture trustee for certain series of :
Senior Notes, et al., :
:
            Plaintiffs, :
:
v. :    Case No. 1:11-cv-601 (CMH-TRJ)
:
RICHARD M. ADER, et al., :
:
           Defendants. :
------------------------------------------------x

**STIPULATED ORDER EXTENDING TIME TO FILE
RESPONSIVE PLEADINGS OR MOTIONS IN RESPONSE TO COMPLAINT**

The plaintiffs in the above-captioned action (collectively, the "**Plaintiffs**"), and Richard M. Ader, Davenport & Co. LLC, Dominion Resources, Inc. Defined Benefit Master Trust, and Dominion Resources, Inc. (collectively, the "**Defendants**"), by their respective counsel, consent to and request entry of this Stipulated Order (the "**Stipulation**") pursuant to Rule 12 of the Federal Rules of Civil Procedure.

WHEREAS, on June 2, 2011, the Plaintiffs filed a complaint (the "**Complaint**"), commencing the above-captioned action in this Court,

WHEREAS, on June 28, 2011, a summons was returned as to defendants Davenport & Co. LLC, Dominion Resources, Inc. Defined Benefit Master Trust, and Dominion Resources, Inc., alleging that service occurred on June 20, 2011 and setting July 11, 2011 as the date by which any responsive pleading or motion must be filed by Davenport & Co. LLC, Dominion Resources, Inc. Defined Benefit Master Trust, and Dominion Resources, Inc. (ECF No. 20),

WHEREAS, on June 28, 2011, a summons was returned as to defendant Richard M. Ader, alleging that service occurred on June 21, 2011 and setting July 12, 2011 as the date by which any responsive pleading or motion must be filed by Richard M. Ader (ECF No. 21),

NOW, THEREFORE, the Plaintiffs and Defendants hereby stipulate and agree, and the Court hereby ORDERS, that: (i) the entry of this Stipulation is expressly without prejudice to any and all defenses the Defendants may have, including, without limitation, defenses relating to personal and subject-matter jurisdiction and venue; and (ii) pending the Court's ruling on the Plaintiffs' *Motion to Stay Defendants' Time to Respond to the Complaint in this Action or Commence Motions Practice, Until the Earlier of October 31, 2011, or Confirmation of a Plan of Reorganization by the United States Bankruptcy Court for the District of Delaware, or Further Order of the United States Bankruptcy Court for the District of Delaware or this Court* (ECF No. 23), the Defendants' time for filing responsive pleadings and/or motions in response to the Complaint is hereby extended to and including September 9, 2011, without prejudice to any further extensions the Court may authorize.

Dated: July 12, 2011

/s/
Claude M. Hilton
United States District Judge

**STIPULATED AND AGREED:**

*K. Elizabeth Sieg*
J. William Boland (VSB No. 23548)
Dion W. Hayes (VSB No. 34304)
K. Elizabeth Sieg (VSB No. 77314)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
E-mail: wboland@mcguirewoods.com
        dhayes@mcguirewoods.com
        bsieg@mcguirewoods.com

*Attorneys for Richard M. Ader, Davenport & Co. LLC, Dominion Resources, Inc. Defined Benefit Master Trust, and Dominion Resources, Inc.*

**STIPULATED AND AGREED:**

Anthony T. Pierce (VSB No. 27862)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
E-mail: apierce@akingump.com

Daniel H. Golden, Esq. (*pro hac vice*)
David M. Zensky, Esq. (*pro hac vice*)
Stephen M. Baldini, Esq. (*pro hac vice*)
James P. Chou, Esq. (*pro hac vice*)
Angeline Lam Koo, Esq. (*pro hac vice*)
Jason L. Goldsmith, Esq. (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Phone: (212)872-1000
Facsimile: (212)872-1002

*Attorneys for Plaintiffs*
\32174737.2

3