**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD M. ADER, et al.<br><br>Defendants. | Case No. 1:11-CV-601<br>(CMH – TRJ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, July 29, 2011, beginning at 10:00 am or as soon thereafter as counsel may be heard, counsel for the Plaintiffs will present argument on their Amended Motion to Stay Defendants' Time to Respond to the Complaint in this Action or Commence Motions Practice.

Respectfully submitted,

/s/      Anthony T. Pierce
Anthony T. Pierce (Virginia Bar No. 27862)
Jonah E. McCarthy (Virginia Bar No. 68415)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
E-mail:  apierce@akingump.com
              jmccarthy@akingump.com

        Daniel H. Golden, Esq. (pro hac vice)
        David M. Zensky, Esq. (pro hac vice)
        Stephen M. Baldini, Esq. (pro hac vice)
        James P. Chou, Esq. (pro hac vice)
        Angeline Lam Koo, Esq. (pro hac vice)
        Jason L. Goldsmith, Esq. (pro hac vice)
        Mitchell Hurley (pro hac vice application filed)
        AKIN GUMP STRAUSS HAUER & FELD LLP
        One Bryant Park
        New York, New York 10036
        Telephone: (212) 872-1000
        Facsimile: (212) 872-1002
        Email: dgolden@akingump.com
              dzensky@akingump.com
              sbaldini@akingump.com
              jchou@akingump.com
              akoo@akingump.com
              jgoldsmith@akingump.com
              mhurley@akingump.com

*Counsel for Plaintiffs*

Dated:  July 21, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have appeared in this case.  And I hereby certify that in the case of defendants for whom counsel has not yet appeared, a copy of the foregoing will be sent via first class mail to the defendants at their last known address.

Dated:  July 21, 2011                        Respectfully submitted,


                                             /s/ Anthony T. Pierce