IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D)
AND LOCAL CRIMINAL RULE 57.4

In Case Number <u>1:11-cv-601</u>, Case Name <u>Deutsche Bank Trust Company Americas, et al. v. Richard M. Ader, et al.</u>
Party Represented by Applicant: <u>City of Richmond, Virginia College Savings Plan</u>
<u>Virginia Retirement System and Clara B. Woody</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) <u>Susan Ehlers</u>
Bar Identification Number <u>49855</u>          State <u>MO</u>
Firm Name <u>Armstrong Teasdale LLP</u>
Firm Phone # <u>314-621-5070</u>   Direct Dial # <u>314-342-8078</u>   FAX # <u>314-612-2318</u>
E-Mail Address <u>sehlers@armstrongteasdale.com</u>
Office Mailing Address <u>7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105</u>

Name(s) of federal court(s) in which I have been admitted <u>ED/WD MO, SD/CD IL, US Court of Appeals 8th Circuit</u>

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                      7-15-11
                                                                 (Date)
Nathan D Baney                                                   75935
(Typed or Printed Name)                                          (VA Bar Number)

Court Use Only: _____
Clerk's Fee Paid ✓ or Exemption Granted _____
The motion for admission is GRANTED ✓ or DENIED _____

                                                                 July 20, 2011
                                                                 (Date)

/s/
Claude M. Hilton
United States District Judge